**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Mirsad L. Alicevic                       CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 22-10060 TPA

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of PNC Bank, National Association and index same on the master mailing list.

                                                Respectfully submitted,

/s/ **Brian C. Nicholas**
Brian Nicholas
16 May 2022, 17:05:30, EDT

Brian C. Nicholas, Esq. (317240) ☑
Denise Carlon, Esq. (317226) ☐
Rebecca A. Solarz, Esq. (315936) ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com